UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE No.:..........................................

YORDAN TANEFF,

Plaintiff,

vs.

JUDICIAL BRACH

Defendant

FILED BY MEE D.C.
APR 05 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB.

---

I am writing to file a formal complaint regarding the conduct of judicial officers in the case of *Yordan Taneff vs. Hoffman Mark and Palm Beach County Sheriff's Office* (Case No. 9:23-CV-81238-AMC). The proceedings in this case have been marred by significant delays and arbitrary actions, which have infringed upon the rights of the plaintiff, Yordan Taneff.

## INTRODUCTION

This complaint arises from the failure of the judicial officers involved in the aforementioned case to adhere to the principles of expedited proceedings, as requested by the plaintiff. Despite the clear request for expedited proceedings, the matter has not progressed as expected, and essential hearings have not been scheduled.

## JURISDICTION AND VENUE

This complaint falls under the jurisdiction of the **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** and is being filed in accordance with the guidelines outlined by said oversight body.

## PARTIES

The parties involved in this complaint are as follows:

- Plaintiff: Yordan Taneff
- Judicial Officers

## FACTUAL ALLEGATIONS

1. The plaintiff, Yordan Taneff, requested expedited proceedings in the case, which ordinarily should have resulted in the matter being concluded within 60 days.

2. However, there has been a significant lack of progress in the case since its filing, and crucial hearings have not been scheduled.

3. The case was adjourned arbitrarily without the consent of the plaintiff, further delaying the resolution of the matter.

## PRAYERS FOR RELIEF

In light of the aforementioned conduct of the judicial officers involved in this case, the plaintiff prays for the following relief:

1. The presiding judge over the matter recuses herself due to impartiality concerns.

2. The suspension of the judge responsible for outrightly violating the US Constitution and failing to uphold the principles of justice.

3. A declaration that the conduct of the judge in question is in violation of the US Constitution and the principles of judicial ethics.

*/s/ Yordan Taneff*
YORDAN TANEFF
7796 Overlook Road Lantana,
FL 33462
Telephone: 561-585-3238
Email: yordantaneff@gmail.com
PLAINTIFF, *pro se*